USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                 :
BERKLEY ASSURANCE COMPANY,     :
                                                :
                                 Plaintiff,     :           1:24-cv-2809-GHW
                                                :
                                 -v-                    :                   ORDER
                                                :
HIGH QUALITY ORGANICS, INC., *et al.*,     :
                                                :
                                 Defendants.     :
                                                :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

By letter dated February 12, 2025, Defendant AXIS Insurance Company ("AXIS") requested a pre-motion conference to discuss a proposed motion to dismiss pursuant to Fed. R. Civ. P. 12(h)(3). Dkt. No. 26. AXIS's application is granted. The Court will hold a teleconference to discuss the proposed motion on February 19, 2025 at 4:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

Further, on February 13, 2025, Plaintiff Berkley Assurance Company filed a motion to quash Defendant High Quality Organics, Inc.'s third-party subpoena. Dkt. No. 27. In the Court's order dated April 17, 2024, Dkt. No. 12, counsel was directed to review and comply with the Court's Individual Rules of Practice in Civil Cases. Pursuant to the Court's Individual Rule 2(E), pre-motion submissions are required for motions concerning discovery. Plaintiff did not file a single, jointly composed letter describing the discovery dispute. Accordingly, Plaintiff's motion is denied without prejudice. If Plaintiff wishes to renew its motion, it is directed to do so in compliance with the

Court's Individual Rule 2(E).  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 27.

    SO ORDERED.

Dated: February 14, 2025
      New York, New York

                                        GREGORY H. WOODS
                                   United States District Judge