```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                 :
BERKLEY ASSURANCE COMPANY,         :
                                                                 :
                                             Plaintiff, :    1:24-cv-2809-GHW
                                                                 :
                              -v-                                   :          ORDER
                                                                 :
HIGH QUALITY ORGANICS, INC., *et al.*,     :
                                                                 :
                                            Defendants.   :
                                                                 :
------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

    By letter dated March 3, 2025, Plaintiff informed the Court that Plaintiff and Defendant High Quality Organics, Inc. ("HQO") reached a settlement, pursuant to which HQO withdraws its deposition subpoena served on Johnstone Partners, LLC. Dkt. No. 44. Plaintiff therefore withdraws its motion to quash the third-party subpoena. *Id.*

    Because the Court understands that there are no outstanding discovery disputes, and because the Court granted the parties leave to file motions for summary judgment, *see* Dkt. No. 38, the conference scheduled for March 6, 2025 is adjourned *sine die*. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 41.

    SO ORDERED.

Dated: March 3, 2025
       New York, New York

                                                                                             GREGORY H. WOODS
                                                                           United States District Judge