USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

BERKLEY ASSURANCE COMPANY,

                               Plaintiff,

                  -v-

HIGH QUALITY ORGANICS, INC., *et al.*,

                         Defendants.

-------------------------------------------------------------------- X

1:24-cv-2809-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On February 9, 2026, the Court resolved the motions pending at Dkt. No. 46 and Dkt. No. 52. There are no remaining claims against Defendant AXIS Insurance Company. The Court has not directed the Clerk of Court to enter judgment in this case. Though the Court understands that Plaintiff and Defendant High Quality Organics, Inc. ("HQO") have reached a settlement, Dkt. No. 44, the parties have not filed a stipulation of dismissal. Therefore, Plaintiff's claims against HQO remain in this case, and the parties have not demonstrated that the Court should enter judgment when claims remain in the case. *See* Fed. R. Civ. P. 54(b). Accordingly, the Court orders Plaintiff and HQO to file a letter no later than February 16, 2026 updating the Court on the status of their settlement if no stipulation of dismissal has been filed before that date.

        SO ORDERED.

Dated: February 9, 2026
      New York, New York

                                   GREGORY H. WOODS
                              United States District Judge