```
                                                    USDC SDNY
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC #: _____
------------------------------------------------------------ X   DATE FILED: 2/26/2026
                                                :
BERKLEY ASSURANCE COMPANY,                      :
                                                :
                           Plaintiff,           :        1:24-cv-2809-GHW
                                                :
              -v-                               :     ORDER FOR ENTRY OF
                                                :          JUDGMENT
HIGH QUALITY ORGANICS, INC., et al.,            :
                                                :
                           Defendants.          :
                                                :
------------------------------------------------------------ X
```

GREGORY H. WOODS, United States District Judge:

On February 9, 2026, the Court resolved the motions pending at Dkt. No. 46 and Dkt. No. 52.  Dkt. No. 58.  On February 25, 2026, Plaintiff and Defendant High Quality Organics, Inc. ("HQO") filed a stipulation of dismissal of Plaintiff's claims against HQO.  There are no remaining claims in this case.  Dkt. No. 63.  Therefore, the Clerk of Court is directed to enter judgment in favor of Defendant AXIS Insurance Company and to close this case.

SO ORDERED.

Dated:  February 26, 2026
        New York, New York

                                          _____
                                               GREGORY H. WOODS
                                             United States District Judge