# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------X

BERKLEY ASSURANCE COMPANY,

                 Plaintiff,                        24 **CIVIL** 2809 (GHW)

        -against-                               **JUDGMENT**

 HIGH QUALITY ORGANICS, INC., et al.,

                 Defendants.

--------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated February 9, 2026, and Order dated February 26, 2026, the Court GRANTS AXIS's motion to dismiss for lack of subject matter jurisdiction as it relates to the duty to indemnify and DENIES it as it relates to the duty to defend. The parties' cross motions for summary judgment relating to the duty to indemnify are therefore DENIED as moot. The Court GRANTS AXIS's motion for summary judgment on the duty to defend; accordingly, the case is closed.

**Dated:**  New York, New York

     March 3, 2026

                                   **TAMMI M. HELLWIG**

                                   _____
                                    **Clerk of Court**

                **BY:**               
                              _____
                                  **Deputy Clerk**